**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | **No. 1:24-cr-10189-AK** |
| | § | |
| **v.** | § | |
| | § | |
| **MANPREET KOHLI, et al.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**STATUS REPORT**

Defendant Manpreet Singh Kohli ("Defendant" or "Kohli"), by and through his attorneys, respectfully submits this Status Report pursuant to the Court's Order dated August 21, 2026 in advance of the status conference scheduled for September 8, 2026.

Mr. Kohli reports that he, through his counsel, have been unable to come to an agreement on various issues that they have been discussing since the prior status conference. Mr. Kohli has until September 15, 2026 to decide whether or not to appeal the UK Court's decision to extradite him, and he is still evaluating his options. In the interim, undersigned counsel respectfully submits that a trial date for this matter should be set for the spring.

Respectfully submitted,

*/s/ Eric S. Rosen*

Eric S. Rosen
DYNAMIS LLP
175 Federal St., Suite 1200
Boston, MA 02110
(646) 541-8484
erosen@dynamisllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing document was filed electronically through the Court's ECF/CM system which caused service upon all counsel of record to the email address so designated by them for service.

*/s/ Eric S. Rosen*

Eric S. Rosen

DYNAMIS LLP